UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -8 PM 4:01

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W/D OF TN.-JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10044-T |
| vs. ) | |
| ) | |
| MICHAEL ANTHONY ROGERS ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Michael Anthony Rogers, now being detained in the Madison County Jail, Jackson, Tennessee, appear before Magistrate Thomas Anderson on the 22nd day of JULY, 2005 for an Appearance and for such other appearances 2:15 P.m. as this Court may direct.

Respectfully submitted this 8th day of July, 2005.

_____
James W. Powell
Assistant U. S. Attorney

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Madison County Jail, Jackson, Tennessee.

YOU ARE HEREBY COMMANDED to have Michael Anthony Rogers appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 08th day of July, 2005.

_____
S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/11/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10044 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT