# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                               No. 05-10044-T

MICHAEL ROGERS,

    Defendant.

## ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for September 26, 2005, and the trial date which is currently scheduled for October 5, 2005, are hereby continued. The defendant contends that additional time is needed to prepare for trial.

The court finds that defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from October 5, 2005, to October 24, 2005, at 9:30 A.M.</u> The resulting period of delay, from October 5, 2005, to October 24, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for October 14, 2005, at 9:30 a.m.

    IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 September 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CR-10044 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT