

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                   CR NO. 1:05-10044-01-T

MICHAEL ROGERS

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on October 14, 2005, Assistant U. S. Attorney, James W. Powell, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Tuesday, January 17, 2006 at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 14 October 2005



This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/18/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CR-10044 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT